1 | SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
2 | JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 | Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
4 | Assistant United States Attorney

5 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6 | Telephone: (415) 436-7124
FAX: (415) 436-7169
7
Attorneys for Defendants
8

9 | UNITED STATES DISTRICT COURT

10 | NORTHERN DISTRICT OF CALIFORNIA

11 | SAN FRANCISCO DIVISION

12 | YONG EN ZHOU,                               )
                                             ) No. C 07-1038 JSW
13 |               Plaintiff,                   )
                                             )
14 |         v.                                 ) **STIPULATION TO EXTEND DATES;**
                                             ) **and [PROPOSED] ORDER**
15 | MICHAEL CHERTOFF, Secretary of the         )
Department of Homeland Security;             )
16 | EMILIO T. GONZALEZ, Director,              )
U.S. Citizenship and Immigration Services;   )
17 | CHRISTINA POULOS, Director, California      )
Service Center, U.S.C.I.S.;                  )
18 | ROBERT S. MUELLER, Director of            )
Federal Bureau of Investigations,            )
19 |                                            )
                Defendants.                   )
20 |

21 |     Plaintiff, by and through her attorney of record, and Defendants, by and through their attorneys

22 | of record, hereby stipulate, subject to the approval of the Court, to the following:

23 |     1.  Plaintiff filed this action on or about February 20, 2007, and Defendants' Answer is

24 | currently due on April 24, 2007.

25 |     2.  Pursuant to this Court's February 20, 2007 Order Setting Initial Case Management

26 | Conference, the parties are required to file a joint case management statement on May 25, 2007,

27 | and attend a case management conference on June 1, 2007.

28 |     3.  In order to allow sufficient time for USCIS to consider an alternative resolution to this case

Stip to Ext Time
C 07-1038 JSW

1 | and/or Answer and prepare a joint case management statement, the parties hereby respectfully ask

2 | this Court to extend the dates in the Court's scheduling order as follows:

3 |     Defendant's Answer:                                       May 24, 2007

4 |     Last day to file Joint ADR Certification:             June 8, 2007

5 |     Last day to file/serve Joint Case Management Statement:     June 29, 2007

6 |     Case Management Conference:                 July 6, 2007 at 1:30 pm

7

Dated: April 23,2007                       Respectfully submitted,

8

9 |                                     SCOTT N. SCHOOLS
United States Attorney

10

11 |                                 /s/

12 |                                 ILA C. DEISS
Assistant United States Attorney
Attorney for Defendants

13

14

15 | Dated: April 23, 2007                    /s/

16 |                                 JUSTIN X. WANG
Attorney for Plaintiff

17

18 |                               **ORDER**

19

20 |     Pursuant to stipulation, IT IS SO ORDERED.

21

22 | Date: April 25, 2007

23 | JEFFREY S. WHITE
United States District Judge

24

25

26

27

28

Stip to Ext Time
C 07-1038 JSW