# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

RENE FLORES

CASE NO. C 07-00038 JSW

Plaintiff(s),

STIPULATION AND ~~[PROPOSED]~~
ORDER SELECTING ADR PROCESS

v.

KAY CHEMICAL COMPANY

Defendant(s).

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**

- ☐ Non-binding Arbitration (ADR L.R. 4)
- ☐ Early Neutral Evaluation (ENE) (ADR L.R. 5)
- ☒ Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**

- ☐ Private ADR *(please identify process and provider)* _____

The parties agree to hold the ADR session by:

- ☐ the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*
- ☒ other requested deadline <u>October 31, 2007</u>

Dated: _____

_____
Attorney for Plaintiff
Rene Flores

Dated: <u>4/12/07</u>

_____
Attorney for Defendant
Kay Chemical Company

NDC-ADR8

[PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:

☐ Non-binding Arbitration
☐ Early Neutral Evaluation (ENE)
☒ Mediation
☐ Private ADR

Deadline for ADR session

☐ 90 days from the date of this order.
☒ other Before October 31, 2007

IT IS SO ORDERED.

Dated: April 16, 2007 _____

_____
UNITED STATES JUDGE