SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7124
   FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| YONG EN ZHOU, ) | No. C 07-1038 JSW |
|         Plaintiff, ) | |
| v. ) | **STIPULATION TO DISMISS AND [PROPOSED] ORDER** |
| MICHAEL CHERTOFF, Secretary of the ) Department of Homeland Security; ) EMILIO T. GONZALEZ, Director, ) U.S. Citizenship and Immigration Services; ) CHRISTINA POULOS, Director, California ) Service Center, U.S.C.I.S.; ) ROBERT S. MUELLER, Director of ) Federal Bureau of Investigations, ) )         Defendants. ) ) | |

    Plaintiff, by and through his attorney of record, and Defendants, by and through their attorney of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services adjudicated plaintiff's applications for alien relative (Form I-130).

    Each of the parties shall bear their own costs and fees.

///

///

Stip to Dismiss
C 07-1038 JSW

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: April 25, 2007 | Respectfully submitted, |
| 3 | | SCOTT N. SCHOOLS<br>United States Attorney |
| 4 | | |
| 5 | | _____/s/_____ |
| 6 | | ILA C. DEISS<br>Assistant United States Attorney<br>Attorney for Defendants |
| 7 | | |
| 8 | | |
| 9 | Dated: April 25, 2007 | _____/s/_____ |
| 10 | | JUSTIN X. WANG<br>Attorney for Plaintiff |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: May 22, 2007

_____
JEFFREY S. WHITE
United States District Judge

Stip to Dismiss
C 07-1038 JSW